United States District Court
Southern District of Texas
FILED

MAY 17 2022

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | CRIMINAL NO. M-22-804 |
| | § | |
| JUAN R. MOLINA | § | |
| | § | **UNDER SEAL** |

## INDICTMENT

**THE GRAND JURY CHARGES:**

From on or about May 22, 2017, to on or about July 15, 2019, in the Southern District of Texas, the defendant,

**JUAN R. MOLINA**

being an agent of the City of Mercedes, Texas, an organization and local government, that receives, in any one-year period, benefits in excess of $10,000 under a Federal program involving a grant, contract, subsidy, loan, or other form of Federal assistance, did embezzle, steal, obtain by fraud, without authority knowingly convert to the use of any person other than the rightful owner, and intentionally misapply, property worth at least $5,000 and owned by, and under the care, custody and control of such organization and local government; namely, funds deposited into the defendant's Interest On Lawyer's Trust Account (IOLTA) to be held in trust related to a potential real estate development in or around Mercedes, Texas.

In violation of Title 18, United States Code, Section 666(a)(1)(A).

A TRUE BILL: _____

FOREPERSON OF THE GRAND JURY

JENNIFER B. LOWERY
UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY