| | |
|---|---|
| U.S. Department of Justice<br>Washington, D.C.<br>5/17/2022/mt | Criminal Docket |

McALLEN Division      CR. No. **M - 22-804**

**SEALED INDICTMENT** Filed: May 17, 2022    Judge: **RICARDO H. HINOJOSA**

County: Hidalgo
Lions #: **2020R13407**

UNITED STATES OF AMERICA     JENNIFER B. LOWERY, UNITED STATES ATTORNEY

v.     ROBERT L. GUERRA, JR., ASST. U.S. ATTORNEY

JUAN R. MOLINA -- WARRANT --     Ct. 1

Charge(s):

    Ct. 1: Federal Program Theft.
          Title 18, United States Code, Section 666(a)(1)(A)

Total Counts
(1)

Penalty:    Ct. 1: Imprisonment for 10 yrs. and/or a $250,000.00 fine and at least a 3 yr. SRT

Agency:    Federal Bureau of Investigation – David Ronska – 194B-SA-3291489

Date                                        Proceedings