UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| VS | § § | CRIMINAL NO. 7:22-CR-00804-1 |
| JUAN R. MOLINA | § | |

## NOTICE OF INTENTION TO ENTER PLEA OF GUILTY

Notice is hereby given to the Court and counsel for the United States of the Defendant JUAN R. MOLINA'S intention to enter a plea of guilty to a single count indictment in the above-referenced case.

/s/ JUAN E. GONZALEZ
Counsel for Defendant

## CERTIFICATE OF SERVICE

I certify that I notified counsel for the United States, Robert L. Guerra of the Defendant's intention to enter a plea of guilty to Count One.  I certify that a true copy of this notice was served on counsel for the United States, Assistant United States Attorney Robert L. Guerra via electronic filing at: robert.guerra@usdoj.gov, on this the 1st day of February 2023.

/S/JUAN E. GONZALEZ
Counsel for Defendant