**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § § | |
| **VS** | § § | **CRIMINAL NO. 7:22-CR-00804-1** |
| **JUAN R. MOLINA** | § | |

## AGREED MOTION FOR CONTINUANCE

TO THE HONORABLE JUDGE OF SAID COURT:

Now Comes, Defendant **JUAN R. MOLINA**, by and through his attorney of record, JUAN E. GONZALEZ, and respectfully files the following Agreed Motion for Continuance, and in support thereof would show the following:

1. Defendant is scheduled for sentencing on August 22, 2023, at 11 a.m.

2. Defendant's attorney needs additional time to finalize Objections and Corrections to Pre-Sentence Report due to vacation and work schedules of both Defendant and Defendant's attorney.

3. Defendant's attorney is requesting a ninety (90) day continuance.

4. This Motion is not filed for the purpose of delay, but in the interest of justice and to prevent any additional delay.

**WHEREFORE PREMISES CONSIDERED,** Defendant prays that this Honorable Court grant Defendant a continuance as requested herein.

Respectfully submitted,

LAW OFFICE OF JUAN E. GONZALEZ
3110 E. Bus. Hwy 83
Weslaco, Texas 78596
956/447-5585
Fax 956/447-8637

/s/JUAN E. GONZALEZ
JUAN E. GONZALEZ
FEDERAL NO. 0136

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 14th day of August, 2023, the foregoing Agreed Motion for Continuance has been forwarded to: Assistant United States Attorney Robert Laurence Guerra, Jr. via email at: robert.guerra@usdoj.gov

/s/JUAN E. GONZALEZ
JUAN E. GONZALEZ

**CERTIFICATE OF CONSULTATION**

I, Juan E. Gonzalez, do certify that pursuant to the Local Rules for the Southern District of Texas have conferred with the Assistant United States Attorney prior to filing this Agreed Motion for Continuance and he advised me as follows:

Robert Laurence Guerra, Jr. – Not Opposed

/s/JUAN E. GONZALEZ
JUAN E. GONZALEZ